# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor - if individual, enter Last, First, Middle)<br>American Buying Retirement Services,<br>Inc., an Illinois Corporation | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
| ALL OTHER NAMES used by the debtor in the last six years<br>NONE | ALL OTHER NAMES used by the joint debtor in the last six years |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>36-4034035 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>734 North Linden Avenue<br>Oak Park, IL 60302<br><br>Phone: 708-660-8300 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Principal Place of Business |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>SAME | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from above)<br>SAME | VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- ☐ Individual
- ☐ Joint (Husband and Wife)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☒ Corporation Not Publicly Held
- ☐ Municipality

**CHAPTER or SECTION of BANKRUPTCY CODE UNDER WHICH the PETITION is FILED**
- ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**
- ☒ Filing fee attached.
- ☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NATURE OF DEBT**
- ☐ Non-Business/Consumer
- ☒ Business-Complete A & B below

**A. TYPE OF BUSINESS (Check one box)**
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☒ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**
Provide benefit programs to associations and their member companies.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Charles S. Stahl, Jr.
703 Warrenville Road
Wheaton, IL 60187
Attorney I.D. No. 02699915

Telephone No. (630) 871-8060

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**
Charles S. Stahl, Jr.

☐ Debtor is not represented by an attorney.   Phone:

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
1-15 ☐   16-49 ☒   50-99 ☐   100-199 ☐   200-999 ☐   1000-over ☐

**ESTIMATED ASSETS (In thousands of dollars)**
Under 50 ☒   50-99 ☐   100-499 ☐   500-999 ☐   1000-9999 ☐   10,000-99,999 ☐   100,000-over ☐

**ESTIMATED LIABILITIES (In thousands of dollars)**
Under 50 ☐   50-99 ☐   100-499 ☐   500-999 ☐   1000-9999 ☒   10,000-99,999 ☐   100,000-over ☐

**ESTIMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY**
0 ☐   1-19 ☐   20-99 ☐   100-999 ☐   1000-over ☐

**ESTIMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY**
0 ☐   1-19 ☐   20-99 ☐   100-499 ☐   500-over ☐

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/23/2004
Time: 14:20:41
Debtor: AMERICAN BUYING RETIREM
Case: 04-11427   Fee : 209
Chapter: 7 Rec. # : 3070385
Judge: Jack Schmetterer
341 mtg: 05/03/2004 @ 12:30PM
Trustee: JOSEPH BALDI

1:04BK11427-BK001

| Name of Debtor | American Buying Retirement Services, Inc., an Illinois Corporation | / Debtor | Case No. |
|---|---|---|---|

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| LOCATION WHERE FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| NONE | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| NAME OF DEBTOR | CASE NUMBER | DATE |
|---|---|---|
| NONE | | |
| RELATIONSHIP | DISTRICT | JUDGE |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X [signature] Charles S. Stahl, Jr.

Date: March 22, 2004

### INDIVIDUAL / JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X [signature]
Signature of Authorized Individual

Robert Sheridan
Print or Type Name of Authorized Individual

Chairman
Title of Individual Authorized by Debtor to File this Petition

March 22, 2004
Date

### EXHIBIT "A" (To be completed if debtor is a corporation, requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If I am represented by an attorney, exhibit B has been completed.

X _____
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _____
Signature of Attorney

Date _____

# United States Bankruptcy Court
## District of

In re *American Buying Retirement Services, Inc.,*
*an Illinois Corporation*

_____ / Debtor

Attorney for Debtor: *Charles S. Stahl, Jr.*

Case No.
Chapter  7

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case. ...........................................$ _1,200.00_
   b) Prior to the filing of this statement, debtor(s) have paid ................$ _1,200.00_
   c) The unpaid balance due and payable is ................................$ _0.00_

3. _All_ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *none other.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and *none other.*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: *None.*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: *None.*

Dated: *March 22, 2004*   Respectfully submitted,

Attorney for Petitioner: *Charles S. Stahl, Jr.*
703 Warrenville Road
Wheaton, IL 60187
Attorney I.D. No. 02699915

# United States Bankruptcy Court
## District of

In re *American Buying Retirement Services, Inc.,*
*an Illinois Corporation*

Case No.
Chapter  7

_____ / Debtor
Attorney for Debtor: *Charles S. Stahl, Jr.*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *March 22, 2004*

Debtor

American Buying Retirement Services, Inc.
By: Robert Sheridan
Its Chairman

# United States Bankruptcy Court
## District of

In re *American Buying Retirement Services, Inc., an Illinois Corporation* / Debtor

Attorney for Debtor: *Charles S. Stahl, Jr.*

Case No.
Chapter 7

# LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 1 | Airborne Express<br>P.O. Box 91001<br>Seattle, WA 98111 | | | $ 474.88 |
| 2 | Association Trends<br>7910 Woodmont Avenue, #1150<br>Bethesda, MD 20814 | | | $ 825.00 |
| 3 | B&F Coffee<br>3535 Commercial Avenue<br>Northbrook, IL 60062 | | | $ 25.00 |
| 4 | Baden Retirement<br>6920 Pointe Inverness Way<br>Suite 300<br>Fort Wayne, IN 46804 | | | $ 1,012.50 |
| 5 | Buyers Online<br>14870 Pony Express Road<br>Bluffdale, UT 84065 | | | $ 91.97 |
| 6 | Capital One Visa<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | | $ 7,341.03 |
| 7 | Capital One Visa<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | Credit card purchases | | $ 3,716.63 |
| 8 | Clarica Life Ins. Co.--US<br>2000 44th Street SW, Ste. 200<br>P.O. Box 2907<br>Fargo, ND 58108 | | | $ 6,680.20 |
| 9 | CRM, Inc.<br>Windsor Office Plaza<br>210 W. 22nd Street, Ste. 114<br>Oak Brook, IL 60523 | | | $ 300.00 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 10 | CSC<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 | | | $ 3,721.00 |
| 11 | Distinctive Business Products<br>4 Territorial Court<br>Bolingbrook, IL 60440-3558 | | | $ 160.00 |
| 12 | Fortis Reimbursement<br>734 North Linden<br>Oak Park, IL 60302 | | | $ 4,446.76 |
| 13 | GE Capital (Copyco)<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | | | $ 4,236.28 |
| 14 | Global Equipment/OSI<br>P.O. Box 258011<br>Valley View, OH 44125 | | | $ 700.30 |
| 15 | Guardian<br>P.O. Box 95101<br>Chicago, IL 60694-5101 | | | $ 234.10 |
| 16 | Hartford<br>P.O. Box 659519<br>San Antonio, TX 78265 | | | $ 995.96 |
| 17 | ING Financial Services<br>151 Farmington Avenue<br>Hartford, CT 06156-1268 | | D | $ 1,045,140.50 |
| 18 | Insurance Partnerships Consult<br>ATTN: Dave Rooch<br>1202 Arborside Drive<br>Aurora, IL 60504 | | | $ 5,000.00 |
| 19 | Jeffrey Kalmikoff<br>3759 North Ravenswood Avenue<br>Suite 231<br>Chicago, IL 60613 | | | $ 400.00 |
| 20 | Levun, Goodman & Cohen<br>500 Skokie Boulevard<br>Suite 650<br>Northbrook, IL 60062 | Legal services | | $ 7,314.87 |
| 21 | Lincoln National Life Ins Co<br>1300 South Clinton Street<br>Suite 500<br>Fort Wayne, IN 46802-3518 | Non-Purchase Money Security<br>Relating to certain 401(k) plans<br>underwritten by creditor | | $ 1,005,339.80 |
| 22 | Mark Financial, Inc.<br>2900 Wilcrest<br>Suite 245<br>Houston, TX 77042 | | | $ 87,492.83 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 23 | Michael Best & Friedrich<br>401 North Michigan Avenue<br>Suite 1900<br>Chicago, IL 60611 | Legal services | | $ 2,439.00 |
| 24 | Nevada Legal Press<br>3301 South Malibou Avenue<br>Pahrump, NV 89048-6432 | | | $ 25.00 |
| 25 | Charles Nootens<br>4N812 Old Farm Road<br>St. Charles, IL 60175 | Loans | | $ 600,000.00 |
| 26 | Office Depot<br>P.O. Box 8004<br>Layton, UT 84041-8004 | | | $ 890.36 |
| 27 | Pacific Life Insurance Company<br>700 Newport Center Drive<br>Newport Beach, CA 92660 | Purchase Money Security<br>Relating to policies issued by creditor | | $ 1,645,828.11 |
| 28 | Pitney Bowes<br>1313 North Atlantic<br>Third Floor<br>Spokane, WA 99201-2303 | | | $ 1,089.37 |
| 29 | Premium Assignment<br>P.O. Box 3066<br>Tallahassee, FL 32315 | | | $ 147.78 |
| 30 | Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285 | | | $ 597.77 |
| 31 | Qwest Communications<br>Customer Service<br>P.O. Box 698<br>Uniontown, PA 15401 | | | $ 247.00 |
| 32 | SBC<br>Bill Payment Center<br>Chicago, IL 60663-0001 | Utility bills | | $ 364.35 |
| 33 | Schnader Harrison Segal<br>  & Lewis<br>1600 Market Street, Ste. 3600<br>Philadelphia, PA 19103-7286 | | | $ 86,570.67 |
| 34 | Kenneth Scipta<br>10932 Valley Court<br>Palos Hills, IL 60465 | Wages, Salaries etc.<br>Wages | | $ 40,000.00 |
| 35 | Robert Sheridan<br>734 North Linden Avenue<br>Oak Park, IL 60302 | Wages, Salaries etc.<br>Wages | | $ 100,000.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 36 | Robert Sheridan<br>734 North Linden Avenue<br>Oak Park, IL 60302 | | | $ 516.00 |
| 37 | Standard Insurance Company<br>P.O. Box 5676<br>Portland, OR 97228-5676 | | | $ 43.54 |
| 38 | State of South Carolina<br>301 Gervais Street<br>P.O. Box 2535<br>Columbia, SC 29201 | | | $ 526.79 |
| 39 | Strongbox<br>1650 West Irving Park Road<br>Chicago, IL 60613 | | | $ 213.00 |
| 40 | Transamerica Occidental Life<br>  Insurance Company<br>P.O. Box 740559<br>Atlanta, GA 30374-0559 | | | $ 1,120.00 |
| 41 | United Healthcare<br>MN015-2838<br>4316 Rice Lake Road<br>Duluth, MN 55811 | | | $ 4,339.55 |
| 42 | ValueWeb<br>P.O. Box 550039<br>Tampa, FL 33655-0039 | | | $ 59.85 |

Creditor List—Page __4__ of __4__