UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| American Buying Retirement Services, Inc., | ) | Case No. 04-11427 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

### Application for Allowance and Payment of
### Final Compensation of Joseph A. Baldi, as Trustee

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of American Buying Retirement Services, Inc. ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $13,133.63 as final compensation for services rendered as trustee in this case from October 1, 2004 through the close of this case and allowing as final compensation the amounts previously awarded to Trustee on an interim basis. In support thereof, Trustee states as follows:

### Introduction

1.     Debtor commenced this case on March 23, 2004 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2.     Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     As of the commencement of this case, the Estate's primary assets consisted of future commission streams and claims for commission streams owing to the Debtor for benefit programs previously sold by Debtor.

4.     The bar date for filing claims in this case was August 16, 2004.

### Prior Compensation

5.     This is the second and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.      On November 30, 2005, Trustee filed his first interim application for allowance of compensation seeking interim compensation of $6,912.00 for services rendered from March 23, 2004 through September 30, 2004 ("First Application"). Pursuant to this Court's Order dated December 13, 2005, Trustee was awarded and paid interim compensation in the amount of $6,912.00. (A copy of the Court's December 13, 2005 Order is attached hereto as Exhibit A.) As part of this Application, Trustee requests that all monies previously awarded and paid as interim compensation on account of the First Application are deemed final.

7.      Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case, except as set forth above.

### Services Rendered by Trustee

8.      Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from October 1, 2004 through the close of the case are attached hereto as Exhibit B. Itemized billing statements detailing services rendered from his appointment through September 30, 2004 were attached to the First Application. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A.      Trustee identified Debtor's creditors and the insurers with whom Debtor had contracts for business; Trustee issued demand letters to numerous insurance companies informing them of the bankruptcy filing and directing all further commission payments to be remitted to the Trustee; on account of Trustee's efforts, the Estate collected nearly $100,000.00 in commission income from various insurance companies;

B.      Trustee obtained the turnover of account proceeds from US Bank and JP Morgan, totaling more than $5,000.00;

C.    Trustee initiated an adversary proceeding against Aetna Insurance Company, n/ka ING ("ING") for recovery of commissions due on account of certain prepetition contracts; Trustee prosecuted the adversary proceeding; ultimately, Trustee settled the adversary such that, *among other things*, the Estate recovered gross proceeds of $220,000.00 and ING's claim was subordinated to other timely filed general unsecured claims in this case.;

D.    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

E.    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

F.    Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

G.    Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee negotiated with an Estate creditor for the reclassification of an improperly filed secured claim; Trustee negotiated with Lincoln National Life Insurance Company ("Lincoln") for a resolution of the Trustee's objection to Lincoln's claim which asserted a claim in excess of $1 million, in part as a secured claim and in part as an unsecured claim; upon this Court's order dated May 17, 2007, Trustee settled the claim such that Lincoln was allowed an unsecured claim in the amount of $50,000.00; and

H.    Trustee filed Estate income tax returns for the years ended December 31, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and a final tax return for the period ending May 31, 2007;

I.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Funds Collected and Disbursed by Trustee**

9.      Trustee has collected the sum of $339,208.55 on behalf of the Estate. Trustee has made $50,467.63 in disbursements in this case as of the date hereof.

10.     Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits B and C, respectively.

### Compensation Requested

11.     During the period covered by this Application, Trustee has spent 78.80 hours rendering services on behalf of this Estate with a value of $15,105.00.  Trustee estimates that he will spend an additional four hours rendering services with a value of $880.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

12.     The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $20,045.63 as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $285,912.58 | $14,295.63 |
| Total allowable compensation | $20,045.63 |
| Total compensation previously paid | $6,912.00 |
| Remaining compensation allowable | $13,133.63 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a 100% distribution to *timely filed* general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtor.

13.    Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $13,133.63 representing the remaining balance of maximum compensation allowable.   The remaining balance sought in this Application ($13,133.63), plus the amount paid in connection with the Trustee's First Application ($6.912.00), represents the maximum compensation allowable. This aggregate amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

14.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit C.

15.    Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Status of the Case

16.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

17.    Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee's Attorneys and Trustee's Accountants have also been filed concurrently with this Application.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of American Buying Retirement Services, Inc. requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $13,133.63 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from October 1, 2004 through the closing of this case;

B.    Allowing to Trustee all monies previously awarded and paid as interim compensation to be deemed final; and

C.    For such other and further relief as this Court deems appropriate.

Dated:  August 15, 2007

Joseph A. Baldi, as trustee of the estate of
American Buying Retirement Services, Inc. debtor

By:_____/s/_____
                    Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

Order Awarding Interim Trustee Fees

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04-11427 |
| American Buying Retirement Services, Inc., | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date:  December 13, 2005 |
| Debtor. | ) | Time: 10:00 a.m. |

### Order Allowing and Authorizing Payment of
### Interim Compensation to Joseph A. Baldi, as Trustee

This matter coming before the Court for hearing on the First Application for Allowance and Payment of Interim Compensation of Joseph A. Baldi, as Trustee ("Application"), due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED that:**

1.    Joseph A. Baldi is allowed interim compensation in the amount of $6,912.00 for actual and necessary professional services rendered as trustee from the date of his appointment through September 30, 2004: and

2.    Joseph A. Baldi is authorized to pay to himself the amount allowed in paragraphs one hereof, immediately from Estate funds in his possession.

Dated: December 13, 2005          ENTER:

_____
Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Joseph A. Baldi
Attorney I.D. No. 00100145
19 South LaSalle St., Suite 1500
Chicago, Illinois  60603

Trustee's Itemized Billing Statements

Exhibit B

# Joseph A. Baldi & Associates, P. C.
## 19 S. LaSalle Street
## Suite 1500
## Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

Joseph A. Baldi, trustee
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

August 15, 2007
Invoice No:   916

**In Reference to:**   *American Buying - Trustee*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/11/2004 | ECB1 | Process and deposit multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 10/13/2004 | ECB1 | Process and deposit commission check | 0.10 $140.00/ hr | $14.00 |
| 10/13/2004 | ECB1 | Process multiple checks from LM Kohn and deposit same | 0.40 $140.00/ hr | $56.00 |
| 10/13/2004 | ECB1 | Analyze backup documentation on all LM Kohn commission checks received since commencement of case: Breakdown and allocate same amongst insurers with secured claims and estate | 2.50 $140.00/ hr | $350.00 |
| 10/14/2004 | ECB1 | Process September 2004 bank statement and reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 10/18/2004 | JAB | Review e-mails from Unum, discuss notice issues regarding same. (.3)  Review document review and disposal plan with ECB. (.3) | 0.60 $350.00/ hr | $210.00 |
| 10/19/2004 | ECB1 | Process and deposit multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 10/21/2004 | JAB | Travel to and Review Debtor's Records at Scipta's:. retrieve records needed for case administration.  Travel to Strongbox to destroy records | 5.00 $350.00/ hr | $1,750.00 |
| 10/26/2004 | ECB1 | Process and deposit multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 10/26/2004 | ECB1 | Process bank deposit confirmations | 0.20 $0.00/ hr | $0.00 |

# Joseph A. Baldi & Associates, P. C.

American Buying - Trustee

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2004 | ECB1 | Process and deposit pacLIfe check; sync with bank | 0.20 $140.00/ hr | $28.00 |
| 11/04/2004 | ECB1 | Complete quarterly review and update TCMS | 0.30 $140.00/ hr | $42.00 |
| 11/08/2004 | ECB1 | Process and deposit multiple checks (.5) Segregate an Calculate LM Kohn payments (.3) | 0.80 $140.00/ hr | $112.00 |
| 11/11/2004 | ECB1 | Process and deposit commission check | 0.10 $140.00/ hr | $14.00 |
| 11/15/2004 | ECB1 | Process October 2004 bank statements:  Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 11/18/2004 | ECB1 | Process and deposit multiple checks | 0.30 $140.00/ hr | $42.00 |
| 12/08/2004 | ECB1 | Process and deposit multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 12/13/2004 | ECB1 | Process and deposit multiple commission checks | 0.50 $140.00/ hr | $70.00 |
| 12/14/2004 | ECB1 | Process November 2004 bank statements and reconcile accounts(.2) Review deposits for discrepancy and contact Bank of America re bank error (.2) | 0.40 $140.00/ hr | $56.00 |
| 12/15/2004 | ECB1 | Process and deposit commission checks | 0.20 $140.00/ hr | $28.00 |
| 12/27/2004 | ECB1 | Process multiple commission checks and review commission reports (.4) Deposit checks (.4) | 0.80 $140.00/ hr | $112.00 |
| 1/04/2005 | ECB1 | Process bank confirmations of recent deposits | 0.10 $140.00/ hr | $14.00 |
| 1/17/2005 | ECB1 | Process deposit confirmations | 0.20 $140.00/ hr | $28.00 |
| 1/17/2005 | ECB1 | Process December 2004 bank statements (.1)  Run reconciliation report and analyze same to located discrepancy in money market acct (.4) Prep email to bank regarding bank error (.2) | 0.70 $140.00/ hr | $98.00 |
| 1/18/2005 | ECB1 | Process and deposit multiple checks | 0.20 $140.00/ hr | $28.00 |
| 1/19/2005 | ECB1 | Prepare Form 2  (.1) and respond to C. Beene at Bank of America re discrepancy in money market and apparent bank error (.2) | 0.30 $140.00/ hr | $42.00 |
| 1/24/2005 | ECB1 | Meet with Baldi and discuss case status and 2004 annual reports | 0.20 $140.00/ hr | $28.00 |
| 1/31/2005 | ECB1 | Process 1099's for 2004 tax filings | 0.20 $140.00/ hr | $28.00 |

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page   3

| Date | | Description | | |
|---|---|---|---|---|
| 1/31/2005 | ECB1 | Process multiple deposits | 0.40 $140.00/ hr | $56.00 |
| 2/08/2005 | ECB1 | Prepared 2004 UST Annual Reports | 0.70 $140.00/ hr | $98.00 |
| 2/16/2005 | ECB1 | Process Jan 2005 Bank Statements; Reconcile Accounts | 0.20 $140.00/ hr | $28.00 |
| 2/22/2005 | ECB1 | Prepare Blanket Bond Disbursement Report (.3) Prep check for payment of 2005 bond (.1)` | 0.40 $140.00/ hr | $56.00 |
| 2/23/2005 | ECB1 | Process and deposit multiple checks (.5) allocate and account for commissions paid by LM Kohn (.5) | 1.00 $140.00/ hr | $140.00 |
| 3/02/2005 | ECB1 | Process and deposit multiple checks | 0.30 $140.00/ hr | $42.00 |
| 3/08/2005 | ECB1 | Review December, January and February commission reports from multiple insurers | 0.40 $140.00/ hr | $56.00 |
| 3/15/2005 | ECB1 | Process and deposit multiple commission checks | 0.20 $140.00/ hr | $28.00 |
| 3/24/2005 | ECB1 | Deposit multiple checks | 0.50 $140.00/ hr | $70.00 |
| 4/05/2005 | ECB1 | Review EGTRAA notices to plan sponsors received by Trustee and memo to JAB re disposition | 0.20 $140.00/ hr | $28.00 |
| 4/07/2005 | ECB1 | Process February 2005 bank statements (.1) Reconcile Trustee's accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 4/08/2005 | ECB1 | Deposit multiple checks | 0.20 $140.00/ hr | $28.00 |
| 4/12/2005 | ECB1 | Review case status and update records for UST quarterly review | 0.20 $140.00/ hr | $28.00 |
| 4/12/2005 | ECB1 | Process multiple deposits | 0.20 $140.00/ hr | $28.00 |
| 4/18/2005 | ECB1 | Process and deposit commission check | 0.10 $140.00/ hr | $14.00 |
| 4/21/2005 | ECB1 | Process March 2005 bank statements; Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 4/26/2005 | ECB1 | Deposit multiple commission checks | 0.20 $140.00/ hr | $28.00 |
| 5/09/2005 | ECB1 | Deposit UNUM check | 0.10 $140.00/ hr | $14.00 |
| 5/10/2005 | ECB1 | Process Lafayette Check and deposit same | 0.60 $140.00/ hr | $84.00 |
| 5/16/2005 | ECB1 | Process April 2005 bank statements; Reconcile accounts | 0.20 $140.00/ hr | $28.00 |

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page    4

| | | | | |
|---|---|---|---|---|
| 5/17/2005 | ECB1 | Deposit commission income (.2); Pay auctioneer appraisal fee on Lynch personal property (.1) | 0.30<br>$140.00/ hr | $42.00 |
| 5/26/2005 | ECB1 | Process deposit | 0.10<br>$140.00/ hr | $14.00 |
| 6/06/2005 | ECB1 | Process and deposit several commission checks | 0.40<br>$140.00/ hr | $56.00 |
| 6/20/2005 | ECB1 | Process May 2005 bank statements (.1) Reconcile account (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 6/20/2005 | ECB1 | Process and deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 6/29/2005 | ECB1 | Prep email to UST reviewer Jen Toth regarding 2004 annual reports | 0.10<br>$140.00/ hr | $14.00 |
| 6/30/2005 | ECB1 | Review UST comments on annual reports | 0.10<br>$140.00/ hr | $14.00 |
| 6/30/2005 | ECB1 | Process multiple commission checks and deposit same | 0.40<br>$140.00/ hr | $56.00 |
| 7/11/2005 | ECB1 | Teleconference Charlotte Beene at BOA re transfer of funds to higher yield account | 0.10<br>$140.00/ hr | $14.00 |
| 7/13/2005 | ECB1 | Teleconference and email to Charlotte Beene at BOA to authorize transfer of funds to higher yield account | 0.10<br>$140.00/ hr | $14.00 |
| 7/19/2005 | ECB1 | Process and deposit commission checks | 0.20<br>$140.00/ hr | $28.00 |
| 7/19/2005 | JAB | Confer with ECB on corporate structure, tax issues, release of related company documents. | 0.50<br>$350.00/ hr | $175.00 |
| 7/20/2005 | ECB1 | Update Trustee's Master Check Control No. Log | 0.10<br>$140.00/ hr | $14.00 |
| 7/21/2005 | ECB1 | Prep for and attend telephonic conference for 2004 trustee annual review | 0.20<br>$140.00/ hr | $28.00 |
| 7/27/2005 | ECB1 | Process June 2005 bank statements and reconcile estate bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 8/08/2005 | ECB1 | Prep and e-file Form 1 and @ reports for 2004 annual UST review (.3) E-mail to UST re confirmation of same and completion of review (.2) | 0.50<br>$140.00/ hr | $70.00 |
| 8/09/2005 | ECB1 | Process and deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 8/15/2005 | ECB1 | Prep memo to trustee re case status | 0.20<br>$140.00/ hr | $28.00 |
| 8/17/2005 | ECB1 | Process July 2005 bank statements and reconcile accounts | 0.10<br>$140.00/ hr | $14.00 |

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page   5

| Date | | Description | Hours / Rate | Amount |
|------|------|-------------|--------------|--------|
| 8/23/2005 | ECB1 | Process and deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 9/14/2005 | ECB1 | Process and deposit multiple commission checks | 0.50<br>$140.00/ hr | $70.00 |
| 9/19/2005 | ECB1 | Process August 2005 bank statements: Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 10/17/2005 | ECB1 | Process multiple commission checks and deposit same | 0.70<br>$140.00/ hr | $98.00 |
| 10/18/2005 | ECB1 | Process September 05 bank statements: Reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 11/07/2005 | ECB1 | Process and deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 11/09/2005 | ECB1 | Process and deposit commission checks | 0.10<br>$140.00/ hr | $14.00 |
| 11/16/2005 | ECB1 | Process October 2005 bank statements and reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 11/16/2005 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 12/13/2005 | ECB1 | Process Compensation Orders entered for Baldi & Associates and Ch. 7 Trustee's 1st Interim Fee Applications(.2) Setup claims on Trustee's administrative claim database (.2) Cut checks for same (.2) | 0.60<br>$140.00/ hr | $84.00 |
| 12/20/2005 | ECB1 | Process November bank statements: Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/21/2005 | ECB1 | Process and deposit multiple commission checks | 0.20<br>$140.00/ hr | $28.00 |
| 1/04/2006 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 1/06/2006 | ECB1 | Process and deposit multiple commission checks | 0.50<br>$140.00/ hr | $70.00 |
| 1/10/2006 | ECB1 | Process January 2006 bank statements and reconcile Trustee bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 1/12/2006 | ECB1 | Process multiple commission checks and deposit same | 0.40<br>$140.00/ hr | $56.00 |
| 1/19/2006 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 1/24/2006 | ECB1 | Update Trustee's Master Check Control log | 0.20<br>$140.00/ hr | $28.00 |
| 2/01/2006 | ECB1 | Run preliminary 1099 report for preparation of 1099's for 2005 tax year (.2) Locate and obtain forms for same (.2) | 0.40<br>$140.00/ hr | $56.00 |
| 2/06/2006 | ECB1 | Confer with trustee re case status for prep of annual reports | 0.20<br>$140.00/ hr | $28.00 |

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page    6

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/07/2006 | ECB1 | Prepare and send out estate's Form 1099's (.5) Obtain and review instructions for Form 1096 Report to IRS (.3) Prepare estate's Form 1096 Report (.4) | 1.20 $140.00/hr | $168.00 |
| 2/13/2006 | ECB1 | Process multiple checks and commission reports received from Robert Sheridan Partners (.3) Deposit commission checks (.5) | 0.80 $140.00/hr | $112.00 |
| 2/13/2006 | ECB1 | Prepare annual bond disbursement report | 0.10 $140.00/hr | $14.00 |
| 2/14/2006 | ECB1 | Prep 2006 blanket bond payment and transmittal of same to International Sureties, Inc. | 0.20 $140.00/hr | $28.00 |
| 2/27/2006 | ECB1 | Teleconference to International Sureties to followup on payment of bond premium | 0.10 $140.00/hr | $14.00 |
| 2/27/2006 | ECB1 | Email and TC to Accountant regarding preparation and filing of estate income tax returns | 0.30 $140.00/hr | $42.00 |
| 2/27/2006 | ECB1 | Prepare 2005 annual report for United States Trustee and update trustee database re same | 1.00 $140.00/hr | $140.00 |
| 3/07/2006 | ECB1 | Review January 2006 bank statements and reconcile accounts | 0.20 $140.00/hr | $28.00 |
| 3/09/2006 | ECB1 | Process and deposit multiple commission checks | 0.20 $140.00/hr | $28.00 |
| 3/16/2006 | ECB1 | Review February 2006 bank statements and reconcile accounts | 0.20 $140.00/hr | $28.00 |
| 4/05/2006 | ECB1 | Teleconference International Sureties re outstanding bond premium payment check (.1) Stop payment on check and reissue replacement (.2) | 0.30 $140.00/hr | $42.00 |
| 4/10/2006 | ECB1 | Stop payment on lost check for bond premium (.1) Update stop payment log re same (.1) | 0.20 $140.00/hr | $28.00 |
| 4/11/2006 | ECB1 | Issue replacement check for 2006 bond premium payment (.1) Letter to International Sureties re same (.1) | 0.20 $140.00/hr | $28.00 |
| 4/12/2006 | ECB1 | Process and deposit multiple deposits | 0.40 $140.00/hr | $56.00 |
| 4/12/2006 | ECB1 | Conduct internal audit of general checking account | 0.50 $140.00/hr | $70.00 |
| 4/13/2006 | ECB1 | Prepare and E-file Form 1 & 2 for 2005 UST annual review | 0.20 $140.00/hr | $28.00 |
| 4/17/2006 | ECB1 | Process March 2006 bank statements: Reconcile accounts | 0.20 $140.00/hr | $28.00 |
| 5/08/2006 | ECB1 | Deposit multiple commission checks | 0.20 $140.00/hr | $28.00 |

**Joseph A. Baldi & Associates, P. C.**                    8/15/2007

American Buying - Trustee                                    Page    7

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 5/15/2006 | ECB1 | Process April 2006 bank statements: Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 5/25/2006 | ECB1 | Process and deposit commission check | 0.10 $140.00/ hr | $14.00 |
| 6/01/2006 | ECB1 | Review notice of tax lien received for 941 taxes and correspondence to acct re same | 0.50 $140.00/ hr | $70.00 |
| 6/05/2006 | ECB1 | Process and deposit multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 6/06/2006 | ECB1 | Perform internal audit of bank statements and log in deposit confirmation dates | 2.50 $140.00/ hr | $350.00 |
| 6/07/2006 | ECB1 | Process and deposit multiple commission checks | 0.20 $140.00/ hr | $28.00 |
| 6/07/2006 | ECB1 | Complete internal audit of money market account and reconcile deposits | 1.50 $140.00/ hr | $210.00 |
| 6/13/2006 | ECB1 | Process and deposit commission check | 0.10 $140.00/ hr | $14.00 |
| 6/19/2006 | ECB1 | Meet with examiners, provide case documentation and explain Trustee procedures in connection with DOJ quadrennial audit | 0.40 $140.00/ hr | $56.00 |
| 6/19/2006 | ECB1 | Process May 2006 bank statements; Reconcile bank accounts | 0.20 $140.00/ hr | $28.00 |
| 7/07/2006 | JAB | Teleconference from Lincoln's attorney regarding settlement of deficiency claim, agree to same. | 0.30 $350.00/ hr | $105.00 |
| 7/18/2006 | ECB1 | Process and deposit commissions checks | 0.20 $140.00/ hr | $28.00 |
| 7/19/2006 | ECB1 | Process and prep deposit of multiple commission checks | 0.30 $140.00/ hr | $42.00 |
| 7/19/2006 | ECB1 | Process June 2006 bank statements (.1); reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 7/31/2006 | ECB1 | Process commission check and deposit same | 0.10 $140.00/ hr | $14.00 |
| 8/07/2006 | ECB1 | Process and Deposit comission checks | 0.20 $140.00/ hr | $28.00 |
| 8/08/2006 | ECB1 | Process and prep deposit of multiple commission checks | 0.20 $140.00/ hr | $28.00 |
| 8/17/2006 | ECB1 | Review and process July 2006 bank statements (.1) Reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 8/28/2006 | JAB | Review and analyze claims filed. update in TCMS for treatment of same. | 1.50 $350.00/ hr | $525.00 |

# Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page    8

| Date | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/11/2006 | ECB1 | Deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 9/12/2006 | ECB1 | Prepare written response to UST audit | 0.60<br>$140.00/ hr | $84.00 |
| 9/21/2006 | ECB1 | Process August 2006 bank statements and reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 10/09/2006 | ECB1 | Process and deposit settlement installment check | 0.10<br>$140.00/ hr | $14.00 |
| 10/17/2006 | ECB1 | Process September 2006 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 11/06/2006 | ECB1 | Process multiple checks and deposit same | 0.30<br>$140.00/ hr | $42.00 |
| 11/07/2006 | ECB1 | Process and deposit check | 0.10<br>$140.00/ hr | $14.00 |
| 11/14/2006 | ECB1 | Process commission check and deposit same | 0.20<br>$140.00/ hr | $28.00 |
| 11/20/2006 | ECB1 | Process October 2006 bank statements: reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 11/21/2006 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 12/05/2006 | ECB1 | Meet with Alfreda Baron on supplement audit review | 0.20<br>$140.00/ hr | $28.00 |
| 12/08/2006 | JAB | Review file re payments from additional life insurance companies, resolution or sale of same. (.5) Teleconference to Lafayette attorney re buyout of residual premium income. (.3) Teleconference to attorney for Reliance re residual premium income due, agree to resolve final payout. (.5) | 1.30<br>$350.00/ hr | $455.00 |
| 12/12/2006 | JAB | Review claims. prepare potential distribution scenarios based on settlement negotiations. (1.) Review payments received from insurance companies, amounts re same and continuing payments. Teleconference to Lafayette re possible buyout of claims. (2.0) | 3.00<br>$350.00/ hr | $1,050.00 |
| 12/18/2006 | ECB1 | Process November 06 bank statements: Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/21/2006 | ECB1 | Process orders for allowance of interim compensation and prepare checks for same | 0.30<br>$140.00/ hr | $42.00 |
| 12/26/2006 | ECB1 | Initial review of Form 3 Notes for Trustee's 2006 Annual Report to UST | 0.10<br>$140.00/ hr | $14.00 |
| 12/27/2006 | ECB1 | Teleconference with Bank of American re recent funds transfer: Synchronize to update account for same | 0.10<br>$140.00/ hr | $14.00 |

# Joseph A. Baldi & Associates, P. C.

American Buying - Trustee

8/15/2007

Page    9

| Date | Staff | Description | Hours/Rate | Amount |
|------|-------|-------------|-----------|--------|
| 1/02/2007 | ECB1 | Process and deposit commission check | 0.20<br>$140.00/ hr | $28.00 |
| 1/04/2007 | ECB1 | Process and deposit commission income | 0.20<br>$140.00/ hr | $28.00 |
| 1/08/2007 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 1/09/2007 | ECB1 | Process and Deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 1/10/2007 | ECB1 | Follow-up memo to UST in response to 06 audit | 0.10<br>$140.00/ hr | $14.00 |
| 1/11/2007 | JAB | Review e-mail from D Sobat, wage claimant. respond to same. Discuss claim, payout under settlement, remaining creditors. | 0.50<br>$350.00/ hr | $175.00 |
| 1/15/2007 | ECB1 | Process January 07 bank statements; Reconcile estate accounts | 0.20<br>$140.00/ hr | $28.00 |
| 1/17/2007 | ECB1 | Process and deposit commission checks | 0.20<br>$140.00/ hr | $28.00 |
| 1/23/2007 | ECB1 | Run transaction report and review disbursements for 2006 (.3) Review IRS 1099 Instructions for 2006 (.1) Prep draft of estate 1099 (.1) | 0.50<br>$140.00/ hr | $70.00 |
| 1/23/2007 | JAB | TC with Trish Sandberg of Pacific Life re claims against ABRS. (949-219-3451) Discuss resolution of claims, return of property subject to their security interest, ING settlement. (.5) TC to GE Capital re claim. referred to RMS and TC to Bedetta Hughes re same. (.3) | 0.80<br>$350.00/ hr | $280.00 |
| 1/25/2007 | ECB1 | Prep of 2006 annual reports | 1.20<br>$140.00/ hr | $168.00 |
| 2/15/2007 | ECB1 | Process and deposit commission check | 0.10<br>$140.00/ hr | $14.00 |
| 2/19/2007 | ECB1 | Prepare Form 1096 for transmittal of 1099's to IRS | 0.20<br>$140.00/ hr | $28.00 |
| 2/19/2007 | ECB1 | Prepare Blanket Bond Report (.1) Prep premium check and transmittal to International Sureties (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 3/06/2007 | ECB1 | Process and deposit multiple commission checks | 0.30<br>$140.00/ hr | $42.00 |
| 3/13/2007 | ECB1 | Process and deposit commission check | 0.20<br>$140.00/ hr | $28.00 |
| 3/19/2007 | ECB1 | Process February 2007 bank statements: Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 3/27/2007 | ECB1 | Conduct 1st quarter case review per UST guidelines and update TR database | 0.10<br>$140.00/ hr | $14.00 |

# Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page 10

| Date | Code | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/28/2007 | ECB1 | Conduct 1st quarter case review per UST guidelines and update TR database | 0.10 $140.00/ hr | $14.00 |
| 4/04/2007 | ECB1 | Process multiple commission checks and deposit same | 0.30 $140.00/ hr | $42.00 |
| 4/05/2007 | ECB1 | Process and deposit commission check | 0.20 $140.00/ hr | $28.00 |
| 4/10/2007 | ECB1 | Process and prep deposit of commission income check | 0.20 $140.00/ hr | $28.00 |
| 4/16/2007 | ECB1 | Obtain and transmit missing bank statements to UST in connection with 2006 annual review | 0.20 $140.00/ hr | $28.00 |
| 4/16/2007 | ECB1 | Process March 2007 bank statements (.1) Reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 5/03/2007 | ECB1 | Memo to UST in connection with annual review re projected closing date for case | 0.20 $140.00/ hr | $28.00 |
| 5/07/2007 | ECB1 | Prepared requested financial report for estate's accountant for prep of final return: | 0.20 $140.00/ hr | $28.00 |
| 5/14/2007 | ECB1 | Finalize 2006 year end Form 1 and Form 2 per UST followup on annual review (.1) File same and email confirmation to UST (.1) | 0.20 $140.00/ hr | $28.00 |
| 5/14/2007 | ECB1 | Finalize 2006 year end Form 1 and Form 2 per UST followup on annual review (.1) File same and email confirmation to UST (.1) | 0.20 $140.00/ hr | $28.00 |
| 5/24/2007 | ECB1 | Prepare Prompt Determination letters for Federal and State Returns for 2006 (.4) and final returns (.4) Correspondence to Acct re same (.1) | 0.90 $140.00/ hr | $126.00 |
| 5/29/2007 | ECB1 | Process April 2007 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 6/12/2007 | ECB | Review and edit Trustee fee application. | 0.80 $250.00/ hr | $200.00 |
| 6/12/2007 | ECB1 | Process May 2007 bank statements (.1) Reconcile TR's bank accounts (.1) | 0.20 $400.00/ hr | $80.00 |
| 6/12/2007 | JAB | Review assignments of interest in policy premiums. review payments re same, cross check and execute assignments. (1.5) Letter to Sheridan forwarding assignments and report on payments. (.5) | 2.00 $400.00/ hr | $800.00 |
| 6/12/2007 | RKP | Reconcile forms 1 and 2 to determine and reflect non-estate assets deposited and disbursed. | 0.60 $150.00/ hr | $90.00 |

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page  11

| | | | | |
|---|---|---|---|---|
| 6/12/2007 | RKP | Draft Trustee's final report (.7): notice of final hearing (.4); and related documents (.4). | 1.50<br>$150.00/ hr | $225.00 |
| 6/13/2007 | RKP | Edit claims for final administrative claims (.30); further draft and edit of Trustee's final report (1.0); edit notice (.5): review and edit of final report package (1.50) | 3.30<br>$150.00/ hr | $495.00 |
| 6/14/2007 | ECB1 | Update Trustee's Master Check control log | 0.10<br>$160.00/ hr | $16.00 |
| 6/14/2007 | ECB1 | Prep check for R. Sheridan for post-assignment deposits (.2) Prep endorsements of recently rec'd checks for turnover to Sheridan (.3) | 0.50<br>$160.00/ hr | $80.00 |
| 6/18/2007 | ECB1 | Edit final report per Trustee (.6): compile documents for final report package (1.5): prepare final report and related documents for submission to UST (1.5) | 3.60<br>$160.00/ hr | $576.00 |
| 6/18/2007 | JAB | Review. edit and execute final report package. | 1.00<br>$400.00/ hr | $400.00 |
| 7/23/2007 | ECB1 | Process June 07 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$400.00/ hr | $80.00 |
| 8/02/2007 | ECB1 | Process and deposit final forfeiture account payment (.20 Confer with TR re proceeding with case closing (.1) | 0.30<br>$400.00/ hr | $120.00 |
| 8/13/2007 | JAB | Confer with ECB on final report. fees to counsel. | 0.30<br>$400.00/ hr | $120.00 |

|  | Total Hours | 78.80 | Total Fees | $15,105.00 |
|---|---|---|---|---|

## Joseph A. Baldi & Associates, P. C.

8/15/2007

American Buying - Trustee

Page   12

---

Total New Charges $15,105.00

Previous Balance $6.912.00

**Payment:** 12/13/200:   1011   American Buying Retire   $-6.912.00

Total Payments and Credits $-6,912.00

Balance Due $15,105.00

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.80 | $250.00 |
| Elizabeth (1) C Berg | 50.70 | $140.00 |
| Elizabeth (1) C Berg | 0.20 | $0.00 |
| Elizabeth (1) C Berg | 0.70 | $400.00 |
| Elizabeth (1) C Berg | 4.20 | $160.00 |
| Joseph A Baldi | 13.50 | $350.00 |
| Joseph A Baldi | 3.30 | $400.00 |
| Ricki K Podorovsky | 5.40 | $150.00 |

Rule 2016 Affidavit

Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| AMERICAN BUYING RETIREMENT SERVICES, | ) | Case No. 04-11427-JBS |
| INC., | ) | |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois  )
County of Cook  )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.    I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.    I have read the Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.    I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates a law firm at which I was employed during the pendancy of this case. I have not received payment of any compensation in connection with this case, except to the extent of the monies awarded and paid pursuant to this Court's December 13, 2005 order awarding Trustee interim compensation.

4.    Further affiant sayeth naught.

Joseph A. Baldi

Subscribed and Sworn to before me
on August 15, 2007

Notary Public

"OFFICIAL SEAL"
Elizabeth C. Berg
Notary Public, State of Illinois
My Commission Exp. 06/16/2008

**Exhibit C**