UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| American Buying Retirement Services, Inc., | ) | Case No. 04-11427 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Order Awarding Compensation to Trustee's Accountants**

THIS MATTER BEING HEARD on Popowcer Katten, Ltd.'s First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows;

1.  Compensation          $8,493.50


          TOTAL          $8,493.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


          ENTERED: _____
                   UNITED STATES BANKRUPTCY JUDGE