UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| American Buying Retirement Services, ) | Case No. 04-11427 | |
| ) | | |
| Debtor. ) | Hon. Jack B. Schmetterer | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 682, Chicago, Illinois

    On: **October 25, 2007**        Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $339,208.55 |
    | Disbursements | $50,467.63 |
    | Net Cash Available for Distribution | $288,740.92 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $6,912.00 | $13,133.00 | $0.00 |
    | Strongbox<br>*Administrative Rent* | $597.00 | $0.00 | $0.00 |
    | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $33,411.00 | $23,293.00 | $94.37 |
    | Popowcer Katten, Ltd<br>*Accountant for Trustee* | $0.00 | $8,493.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: **None.**

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,756.45 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%. Allowed priority wage and related tax claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service – Soc. Sec. Matching | $864.90 | $864.90 |
| | Internal Revenue Service – FUTA | $111.60 | $111.60 |
| | Internal Revenue Service – Medicare Matching | $202.29 | $202.29 |
| | IL Dep't of Unemployment Security -- SUTA | $1,199.70 | $1,199.70 |
| | Internal Revenue Service – Federal Withholding | $3,906.00 | $3,906.00 |
| | IL Dept of Revenue – State Withholding | $418.50 | $418.50 |
| | Internal Revenue Service – Soc. Sec. Withholding | $864.90 | $864.90 |
| | Internal Revenue Service – Medicare Withholding | $202.29 | $202.29 |
| 3A | Kenneth Scipta – Priority Wage Claim | $4,650.00 | $2,852.77* |
| 000011B | Deborah L. Sobat – Priority Wage Claim | $4,650.00 | $2,852.77* |
| 000013B | Internal Revenue Service – Prepetition Priority Tax | $3,045.11 | $3,045.11 |
| 14A | Robert Sheridan – Priority Wage Claim | $4,650.00 | $2,852.77* |
| 15A | New York Department of Taxation – Prepetition Tax | $382.85 | $382.85 |

*Represents amount of net priority wage payment to Claimant, with applicable withholding to be paid to taxing authorities*

7. Timely-filed claims of general unsecured creditors totaling $210,813.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%. Allowed timely-filed, general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Allowed Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service – Soc. Sec. Matching | $7,199.16 | $7,199.16 |
| | Internal Revenue Service -- FUTA | $56.40 | $56.40 |
| | Internal Revenue Service – Medicare Matching | $1,683.68 | $1,683.68 |
| | IL Dept of Employment Security – SUTA | $1,767.30 | $1,767.30 |
| | Internal Revenue Service – Federal Withholding | $32,512.34 | $32,512.34 |
| | IL Dept of Revenue – State Withholding | $3,483,47 | $3,483,47 |
| | Internal Revenue Service – Medicare Withholding | $1,683.68 | $1,683.68 |
| | Internal Revenue Service – Soc. Sec. Withholding | $7,199.16 | $7,199.16 |
| 000001 | B&F Coffee Service | $50.00 | $50.00 |
| 000002 | Levun, Goodman & Cohen | $7,314.87 | $7,314.87 |
| 000003B | Kenneth Scipta | $58,350.00 | $35,797.72* |
| 000004 | CSC | $7,607.00 | $7,607.00 |
| 000005 | GE Capital (Copyco) | $12,458.48 | $12,458.48 |
| 000006 | Michael Best & Friedrich | $1,864.00 | $1,864.00 |
| 000007 | Baden Retirement | $1,012.50 | $1,012.50 |
| 000008 | Pitney Bowes Credit Corporation | $1,276.25 | $1,276.25 |
| 000009 | Citibank Usa Na | $987.64 | $987.64 |
| 000010A | Lincoln National Life Ins Co | $50,000.00 | $50,000.00 |
| 000011A | Deborah L. Sobat | $47,415.50 | $29,089.41* |
| 000013A | Internal Revenue Service – Non-priority Prepetition Tax | $1,315.44 | $1,315.44 |
| 14B | Robert Sheridan | $10,350.00 | $6,349.72* |
| 15B | NY Department Of Taxation – Non-priority Prepetition Tax | $100.00 | $100.00 |

*Represents amount of net non-priority wage payment to Claimant, with applicable withholding to be paid to taxing authorities*

8. Subordinated claims of general unsecured creditors totaling $1,181,729.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority, and timely-filed general unsecured claims have been paid in full. The dividend on subordinated claims is anticipated to be 1.1%.

Allowed subordinated, general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Allowed Claim | Proposed Payment |
|---|---|---|---|
| 00012 | ING Life Insurance and Annuity Company | $1,181,729.00 | $13,157.38 |

9. Tardily-filed claims of general unsecured creditors totaling $105,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority, and timely-filed and subordinated general unsecured claims have been paid in full. The dividend on tardily-filed claims is anticipated to be 0%.

Allowed tardily-filed, general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Allowed Claim | Proposed Payment |
|---|---|---|---|
| 14C | Robert Sheridan | $105,000.00 | $0.00 |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has not been discharged.

13. The Trustee proposes to abandon the following property at the hearing: **None.**

Dated: **September 25, 2007**       For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South LaSalle Street
             Chicago, IL 60603
Phone No.:   (312) 726-8150

```
                        ...427    Doc 64    Filed 09/25/07    Entered 09/28/07 00:48:42    Desc Imaged
BAE SYSTEMS                            Certificate of Service    Page 4 of 5
Bankruptcy Noticing Center        CERTIFICATE  OF  SERVICE
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Sep 25, 2007
Case: 04-11427                 Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on Sep 27, 2007.
db           +American Buying Retirement Services Inc An I,   734 North Linden Avenue,
              Oak Park, IL 60302-1560
aty          +Charles S. Stahl Jr.,    Law Offices of Charles S. Stahl, Jr.,    703 Warrenville Road,
              Wheaton, IL 60187-6376
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty          +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
tr           +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
7907332       Airborne Express,    P.O. Box 91001,    Seattle, WA 98111
7907333      +Association Trends,    7910 Woodmont Avenue, #1150,    Bethesda, MD 20814-3088
7907334      +B&F Coffee Service,    3535 Commercial Avenue,    Northbrook, IL 60062-1847
7907335      +Baden Retirement,    6920 Pointe Inverness Way,    Suite 300,    Fort Wayne, IN 46804-7926
7907336      +Buyers Online,    14870 Pony Express Road,    Bluffdale, UT 84065-4801
7907340      +CRM, Inc.,    Windsor Office Plaza,    210 W. 22nd Street, Ste. 114,    Oak Brook, IL 60523-4048
7907341      +CSC,    2711 Centerville Road,    Suite 400,    Wilmington, DE 19808-1645
7907338       Capital One Visa,    4802132319137850,    P.O. Box 85015,    Richmond, VA 23285-5015
7907337       Capital One Visa,    4802132259381252,    P.O. Box 85015,    Richmond, VA 23285-5015
7907357      +Charles Nootens,    4N812 Old Farm Road,    St. Charles, IL 60175-5104
8391662      +Citibank USA NA,    PO Box 9025,    Des Moines, IA 50368-9025
7907339      +Clarica Life Ins. Co.--US,    2000 44th Street SW, Ste. 200,    P.O. Box 2907,
              Fargo, ND 58108-2907
7907342       Distinctive Business Products,    4 Territorial Court,    Bolingbrook, IL 60440-3558
7907343      +Fortis Reimbursement,    734 North Linden,    Oak Park, IL 60302-1560
7907344     +++GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11178961    +++General Electric Capital Corporation,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
7907345      +Global Equipment/OSI,    P.O. Box 258011,    Valley View, OH 44125-8011
7907346       Guardian,    P.O. Box 95101,    Chicago, IL 60694-5101
7907347      +Hartford,    P.O. Box 659519,    San Antonio, TX 78265-9519
7907348      +ING Financial Services,    151 Farmington Avenue,    Hartford, CT 06156-0002
8394639      +ING Life Insurance and Annuity Company,    115 So. Lasalle Street,    Chicago, IL 60603-3801
10815129     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7907349      +Insurance Partnerships Consult,    ATTN: Dave Rooch,    1202 Arborside Drive,
              Aurora, IL 60502-7072
7907350      +Jeffrey Kalmikoff,    3759 North Ravenswood Avenue,    Suite 231,    Chicago, IL 60613-3881
7907366      +Kenneth Scipta,    10932 Valley Court,    Palos Hills, IL 60465-2234
7907351      +Levun, Goodman & Cohen,    500 Skokie Boulevard,    Suite 650,    Northbrook, IL 60062-2814
7907352       Lincoln National Life Ins Co,    1300 South Clinton Street,    Suite 500,
              Fort Wayne, IN 46802-3518
8392124      +Lincoln National Life Ins Co,    Donald A Murday,    Chittenden Murday & Novotny LLC,
              303 West Madison Ste 1400,    Chicago, IL 60606-3309
7907353      +Margaret M. Anderson, Esq.,    Lord Bissell & Brook LLP,    115 South LaSalle Street,
              Chicago, IL 60603-3801
7907354      +Mark Financial, Inc.,    2900 Wilcrest,    Suite 245,    Houston, TX 77042-6032
7907355      +Michael Best & Friedrich,    401 North Michigan Avenue,    Suite 1900,    Chicago, IL 60611-4274
7907356      +Nevada Legal Press,    3301 South Malibou Avenue,    Pahrump, NV 89048-6489
11469949      New York State Departemnt,    of Taxation and Finance,    Bankruptcy Section,    P O Box 5300,
              Albany, NY 12205-0300
7907358       Office Depot,    6011564610037011,    P.O. Box 8004,    Layton, UT 84041-8004
7907359      +Pacific Life Insurance Company,    700 Newport Center Drive,    Newport Beach, CA 92660-6307
7907360       Pitney Bowes,    1313 North Atlantic,    Third Floor,    Spokane, WA 99201-2303
8353939       Pitney Bowes Credit Corporation,    Attn: Recovery Dept,    27 Waterview Dr,
              Shelton, CT 06484-4361
7907361      +Premium Assignment,    P.O. Box 3066,    Tallahassee, FL 32315-3066
7907362      +Purchase Power,    P.O. Box 856042,    Louisville, KY 40285-6042
7907363      +Qwest Communications,    Customer Service,    P.O. Box 698,    Uniontown, PA 15401-0698
7907367      +Robert Sheridan,    734 North Linden Avenue,    Oak Park, IL 60302-1560
7907364       SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7907365      +Schnader Harrison Segal,    & Lewis,    1600 Market Street, Ste. 3600,
              Philadelphia, PA 19103-7212
8393529      +Sobat, Deborah L,    2550 Dombey Rd,    Portage, IN 46368-1824
7907368       Standard Insurance Company,    P.O. Box 5676,    Portland, OR 97228-5676
7907369      +State of South Carolina,    301 Gervais Street,    P.O. Box 2535,    Columbia, SC 29202-2535
7907370      +Strongbox,    1650 West Irving Park Road,    Chicago, IL 60613-2523
7907371       Transamerica Occidental Life,    Insurance Company,    P.O. Box 740559,    Atlanta, GA 30374-0559
7907372      +United Healthcare,    MN015-2838,    4316 Rice Lake Road,    Duluth, MN 55811-4012
7907373       ValueWeb,    P.O. Box 550039,    Tampa, FL 33655-0039
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Elizabeth A Berg
                                                                                                 TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Sep 25, 2007
Case: 04-11427               Form ID: pdf002          Total Served: 55

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2007**                              **Signature:** *Joseph Speetjens*