UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| American Buying Retirement Services, | ) | Case No. 04-11427 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Trustee's Final Distribution Report**

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $45,013.87 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)-(a)(6)]: | $13,950.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $5,806.45 |
| General Unsecured Claims: | $210,808.22 |
| Subordinated Claims [§510 (c) (1)]: | $12,899.03 |
| Claim of Insurance Partnership Consulting allowed per court order dated 11-8-07: | $ 1,438.33 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| **Total Amount To Be Distributed:** | $289,915.90 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $85,933.87 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $20,045.00 | $13,133.00 |
| | Strongbox *Administrative Rent* | $597.00 | $0.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $56,430.00 | $23,293.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $368.37 | $94.37 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees* | $8,493.50 | $8,493.50 |
| | **CLASS TOTALS** | **$85,933.87** | **$45,013.87** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 13,950.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3A | Kenneth Scipta *Priority Wage Claim* | $4,650.00[1] | $2,852.77 |
| 000011B | Deborah L. Sobat *Priority Wage Claim* | $4,650.00[1] | $2,852.77 |
| 14A | Robert Sheridan *Priority Wage Claim* | $4,650.00[1] | $2,852.77 |
| | Internal Revenue Service *Federal Income Tax Withholding* | | $3,906.00 |
| | Internal Revenue Service *Medicare Withholding* | | $202.29 |
| | Internal Revenue Service *Social Security Withholding* | | $864.90 |
| | Illinois Dept. Of Revenue *State Income Tax Withholding* | | $418.50 |
| | **CLASS TOTALS** | **$13,950.00** | **$13,950.00** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

---

[1] Allowed Claim includes withholding for employee's share of social security, federal and state income taxes and Medicare. Amount of dividend represents the net priority wage claim which to be distributed to wage claimant.

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 5,806.45 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000013B | Internal Revenue Service *Prepetition Priority Tax Claim* | $3,045.11 | $3,045.11 |
| 15A | New York Department Of Taxation *Prepetition Priority Tax Claim* | $382.85 | $382.85 |
| | IL Dept. of Employment Security *Employer SUTA on Priority Wage Claims* | $1,199.70 | $1,199.70 |
| | Internal Revenue Service *Employer Medicare Matching on Priority Wage Claims* | $202.29 | $202.29 |
| | Internal Revenue Service *Employer FUTA on Priority Wage Claims* | $111.60 | $111.60 |
| | Internal Revenue Service *Employer Social Security Matching on Priority Wage Claims* | $864.90 | $864.90 |
| | **CLASS TOTALS** | **$5,806.45** | **$5,806.45** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) Timely-Filed, General Unsecured Claims<br>To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 210,813.22 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | B&F Coffee Service<br>*General Unsecured* | $50.00 | $50.00 |
| 000002 | Levun, Goodman & Cohen<br>*General Unsecured* | $7,314.87 | $7,314.87 |
| 000003B | Kenneth Scipta<br>*Non-Priority Unsecured Wage Claim* | $58,350.00[2] | $35,797.72 |
| 000004 | CSC<br>*General Unsecured* | $7,607.00 | $7,607.00 |
| 000005 | GE Capital (Copyco)<br>*General Unsecured* | $12,458.48 | $12,458.48 |
| 000006 | Michael Best & Friedrich<br>*General Unsecured* | $1,864.00 | $1,864.00 |
| 000007 | Baden Retirement<br>*General Unsecured* | $1,012.50 | $1,012.50 |
| 000008 | Pitney Bowes Credit Corporation<br>*General Unsecured* | $1,276.25 | $1,276.25 |
| 000009 | Citibank USA, NA<br>*Unsecured Credit Card Debt* | $987.64 | $987.64 |
| 000010A | Lincoln National Life Ins Co<br>*General Unsecured* | $50,000.00 | $50,000.00 |
| 000011A | Deborah L. Sobat<br>*Non-Priority Unsecured Wage Claim* | $47,415.50[2] | $29,089.41 |
| 000013A | Internal Revenue Service<br>General Unsecured 726 | $1,315.44 | $1,315.44 |
| 14B | Robert Sheridan<br>*Non-Priority Unsecured Wage Claim* | $10,350.00[2] | $6,349.72 |
| 15B | New York Department Of Taxation<br>General Unsecured 726 | $100.00 | $100.00 |
| | Internal Revenue Service<br>*Federal Income Tax Withholding* | | $32,512.34 |
| | Internal Revenue Service<br>*Medicare Withholding* | | $1,683.68 |
| | Internal Revenue Service<br>*Social Security Withholding* | | $7,199.16 |

---

[2] Allowed Claim includes withholding for employee's share of social security, federal and state income taxes and Medicare.  Amount of dividend represents the net non-priority wage claim which to be distributed to wage claimant.

| | | |
|---|---:|---:|
| Illinois Dept. of Revenue<br>*State Income Tax Withholding* | | $3,483.47 |
| Internal Revenue Service<br>*Employer FUTA on Wage Claims* | $56.40 | $56.40 |
| Internal Revenue Service<br>*Employer Medicare Matching on*<br>*Wage Claims* | $1,683.68 | $1,683.68 |
| IL Dept. of Employment Security<br>*Employer SUTA on Wage Claims* | $1,767.30 | $1,767.30 |
| Internal Revenue Service<br>*Employer Social Security Matching*<br>*on Wage Claims* | $7,199.16 | $7,199.16 |
| **CLASS TOTALS** | **$210,808.22** | **$210,808.22** |

| **13. TYPE OF CLAIMS** | **TOTAL<br>AMOUNT OF CLAIMS** | **FINAL<br>DIVIDEND %** |
|---|---:|---:|
| §510 (c)(1) - Subordinated Claims | $ 1,181,729.00 | 1.1% |

| **CLAIM<br>NUMBER** | **CREDITOR** | **AMOUNT OF<br>ALLOWED CLAIM** | **AMOUNT OF<br>DIVIDEND** |
|---|---|---:|---:|
| 000012 | ING Life Insurance and Annuity Co.<br>*Subordinated per court order* | $1,181,729.00 | $12,899.03 |
| | **CLASS TOTALS** | **$1,181,729.00** | **$12,899.03** |

| **14. TYPE OF CLAIMS** | **TOTAL<br>AMOUNT OF CLAIMS** | **FINAL<br>DIVIDEND %** |
|---|---:|---:|
| §726 (a)(3) – Tardily Filed Unsecured Claims | $ 105,000.00 | 0% |

| **CLAIM<br>NUMBER** | **CREDITOR** | **AMOUNT OF<br>ALLOWED CLAIM** | **AMOUNT OF<br>DIVIDEND** |
|---|---|---:|---:|
| 14C | Robert Sheridan<br>*Tardily Filed Unsecured Claim* | $105,000.00 | $0.00 |
| 17 | Insurance Partnerships Consulting<br>*Tardily Filed Unsecured Claim* | $4,315.00[3] | $1,438.33 |
| | **CLASS TOTALS** | **$109,315.00** | **$1,438.33** |

---

[3] Late claim allowed in full and Trustee authorized to pay 1/3 dividend pursuant to agreement of ING Life and Annuity Company and court order dated November 8, 2007.

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000010B | Lincoln National Life Ins Co Donald A Murday Chittenden Murday & Novotny 303 West Madison Ste 1400 Chicago, IL 60606 | $904,914.54 | Withdrawn |
| U | 0000016 | Insurance Partnerships Consulting c/o Dave Rooch 1202 Arborside Drive Aurora  IL  60504-7072 | $ 4,315.00 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 20, 2007                                    /s/ Joseph Baldi, trustee