DATED: April 9, 2008 BY: /s/ Roman Sukley